**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TIGER MINES NEW YORK, INC.,

                       Plaintiff,

                CIVIL ACTION NO.
   -against-              1:24-cv-5905

TETHER HOLDINGS LIMITED,       **RULE 7.1 STATEMENT**
TETHER OPERATIONS LIMITED,
TETHER LIMITED, and TETHER
INTERNATIONAL LIMITED,

                       Defendants
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff TIGER MINES NEW YORK, INC. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

This Disclosure Statement is filed on behalf of Plaintiff TIGER MINES NEW YORK, INC. in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the undersigned counsel for Plaintiff hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

Plaintiff TIGER MINES NEW YORK, INC. is a corporation that is incorporated in the State of New York and has its principal place of business at 1080 Old Country Road #1054, Westbury, New York 11590.

Dated: Queens, New York
       August 2, 2024

                                          KEVIN KERVENG TUNG, P.C.
                                          *Attorneys for Plaintiff*

                                          /s/ *Kevin K. Tung*
                                          Kevin K. Tung, Esq.
                                          Queens Crossing Business Center
                                          136-20 38th Avenue, Suite 3D
                                          Flushing, New York 11354
                                          (718) 939-4633