UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIGER MINES NEW YORK, INC., : :

                Plaintiff,    :   24-CV-05905 (VEC)

    v.     :   **RULE 7.1 STATEMENT**

TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, and TETHER INTERNATIONAL LIMITED

                Defendants.

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants state as follows: (1) Tether Operations Limited, Tether Limited, and Tether International Limited state that their parent company is Tether Holdings Limited; and (2) Tether Holdings Limited states that it has no parent company. No publicly held corporation owns 10% or more of any of the Defendants.

Defendants also state that Tether Holdings Limited, Tether Operations Limited, and Tether International Limited are British Virgin Islands corporations and Defendant Tether Limited is a Hong Kong corporation.

Dated: New York, New York
       September 17, 2024

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: : /s/Barry H. Berke
Barry H. Berke
Daniel M. Ketani
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants*