```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TIGER MINES NEW YORK, INC.,

       Plaintiff,

    v.

TETHER HOLDINGS LIMITED, TETHER
OPERATIONS LIMITED, TETHER LIMITED,
and TETHER INTERNATIONAL LIMITED

       Defendants.

---------------------------------------------------------------x

24-CV-05905 (VEC)

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND
DEFENDANTS' TIME TO
RESPOND TO COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that:

    1.  Defendants hereby accept service of the Summons and Complaint;

    2.  Defendants' time to respond to the Complaint in this action is extended until and including October 30, 2024;

    3.  The Initial Pretrial Conference is adjourned to Friday, November 15, 2024 at 10:00 A.M., and the pre-conference deadline to submit a joint letter and case management plan is extended until and including Thursday, November 7, 2024; and

    4.  Defendants preserve and do not waive any and all defenses and objections, including but not limited to defenses and objections relating to personal jurisdiction, venue, and forum non conveniens.

Dated: New York, New York
September 17, 2024

KEVIN KERVENG TUNG, P.C.        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/Ge Li                    By: /s/Barry H. Berke
Kevin K. Tung                   Barry H. Berke
Ge Li                           Daniel M. Ketani
Queens Crossing Business Center 1177 Avenue of the Americas
136-20 38th Avenue, Suite 3D    New York, New York 10036
Flushing, New York 11354        (212) 715-9100
(718) 939-4633

                                *Attorneys for Defendants*

*Attorneys for Plaintiff*


SO ORDERED:

_____        Dated: __9/17/2024_____
The Honorable Valerie E. Caproni
United States District Judge