UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
TIGER MINES NEW YORK, INC., :
  :
        Plaintiff, :
  : Case No. 1:24-cv-05905-VEC
  - against - :
  :
TETHER HOLDINGS LIMITED, TETHER :
OPERATIONS LIMITED, TETHER LIMITED, :
and TETHER INTERNATIONAL LIMITED, :
  :
        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF DISMISSAL WITH PREJUDICE

    Tiger Mines New York, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses all claims in this action with prejudice.

Dated: New York, New York  
       November 7, 2024

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

_(signature)_

Katherine A. Lemire  
Eric Huang  
51 Madison Avenue, 22nd Floor  
New York, New York 10010  
(212) 849-7000  
katherinelemire@quinnemanuel.com

*Attorneys for Plaintiff*